IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | |
|---|---|
| IN RE:<br>Briana Hylton<br><br>**Debtor(s)**.<br><br>---<br><br>1439 Peachtree Holdings LLC d/b/a Loria Ansley<br><br>**Movant**<br><br>v.<br><br>Briana Hylton, Debtor(s),<br>Michael J. Bargar, Trustee<br><br>**Respondents**. | CASE NO. 25-59813-jwj<br>CHAPTER 7<br><br>Judge Jonathan W. Jordan<br><br>CONTESTED MATTER |

## WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, 1439 Peachtree Holdings LLC d/b/a Loria Ansley (hereinafter "Movant") and hereby withdraws without prejudice its Motion for Relief from Automatic Stay [Doc. 26], as filed on November 12, 2025.

Respectfully submitted, this Monday, November 24, 2025.

| | |
|---|---|
| THE TOTTEN FIRM, LLC<br>5579 Chamblee-Dunwoody Rd, Ste B136<br>Atlanta, GA 30338<br>(404) 692-4342 (Telephone)<br>mft@tottenfirm.com | /s/ Matthew F. Totten<br>MATTHEW F. TOTTEN<br>(Georgia Bar No. 798589)<br>ATTORNEY FOR MOVANT |

1

## CERTIFICATE OF SERVICE

This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

>Briana Hylton
>1441 Peachtree Street NW #2604
>Atlanta GA 30309
>*Pro Se Debtor*

>Michael J. Bargar
>Rountree Leitman Klein & Geer LLC
>Century Plaza
>2987 Clairmont Rd, Ste 350
>Atlanta, GA 30329
>*Chapter 7 Trustee*

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

>Briana Hylton, pro se Debtor
>1441 Peachtree Street NW #2604
>Atlanta GA 30309

Dated: Monday, November 24, 2025.

| | |
|---|---|
| THE TOTTEN FIRM, LLC<br>2090 Dunwoody Club Dr, Ste 106-33<br>Atlanta, GA 30350<br>(404) 692-4342 (Telephone)<br>mft@tottenfirm.com | /s/ Matthew F. Totten<br>MATTHEW F. TOTTEN<br>(Georgia Bar No. 798589)<br>ATTORNEY FOR MOVANT |