PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

DEC 0 8 2025

By: _____
Deputy Clerk

## Request for Change of Address

Case Name: Briana Hylton

Case No.: 25-59813-jwj   Chapter: 7

**Change of Address for:**
Debtor ☐   Creditor ☒   Attorney for Debtor ☐   Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐   Payments ONLY ☒   Notices and Payments ☐

EFFECTIVE DATE OF CHANGE: 12.01.2025

Name: Briana Hylton

Prior Address: 1441 Peachtree St Northeast #2604
Atlanta GA 30309

*************************************************************

New Address: Briana Hylton
909 Orizaba Ave #7
Long Beach CA 90804

Change of Address Was Furnished By:   Debtor ☒   Creditor ☐   Attorney ☐

Date: 12.2.2025
Signature of Filer: Briana Out Hylton
Telephone Number: 470.969.2837

**IF FILED BY ATTORNEY**

Attorney Name: _____

Bar ID: _____
Address: _____

Revised August 2012

Briana Hylton
909 Orizaba Ave #7 Durst
Long Beach CA 90804

CLEARED SECURITY
DEC 08 2025
U.S. MARSHALS SERVICE
Atlanta, Georgia

United States Bankruptcy Court  Room 1340
75 Ted Turner Dr SW
Atlanta GA 30303